# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2025

### NO. 03-23-00407-CV

**Michael Patrick O'Connor, Appellant**

**v.**

**Shannon Kathleen O'Connor, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the Final Decree of Divorce signed by the trial court on May 19, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's Final Decree of Divorce. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.